# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF COLORADO and NEW MEXICO ex rel. CHRISTOPHER MILLER and PATRICK COLBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>MED LAKE LABORATORY SERVICES, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 5:22-CV-135 (MTT) |

## ORDER

The United States and the States of Colorado and New Mexico (the "Government") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) on December 6, 2023 (Doc. 19), Relators having voluntarily dismissed the case on December 6, 2023, (Doc. 20), and the case having been closed on December 7, 2023, remains under seal in its entirety. The Government, in the proposed order accompanying its Notice of Declination (Doc. 19-1), sought to keep under seal certain documents "because, in discussing the context and extent of the Government's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended." Doc. 19 at 2. Those documents, which are Docs. 7, 8, 13, 14, 16, and 17, reveal the context and extent of the Government investigation and should remain under seal.

**IT IS ORDERED** that:

1. That the entirety of the above-styled case shall be unsealed and available to the public, with the exception of those documents outlined below; and

2. Docs. 7, 8, 13, 14, 16, and 17 shall remain under seal.

Accordingly, the Government's motion to unseal (Doc. 19) is **GRANTED**.

**SO ORDERED**, this 6th day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
